## 2253.  MORGAN v. CEDAR RAPIDS NATIONAL BANK.

HILL, C. J.  1.  The holder of a negotiable note is presumed to be such
bona fide and for value.  Civil Code, § 3696.  If this presumption stood
alone, there were some circumstances from which the jury might have
inferred a rebuttal; but the undisputed evidence of the payee of the
note and of the holder thereof proved that the latter was a bona fide
purchaser for value and before maturity; and therefore, as against the
holder, the maker could not plead failure of consideration, and the
court did not err in directing a verdict for the plaintiff.  Civil Code,

§ 3694; *Wilson* v. *Carter*, 4 *Ga. App.* 350 (61 S. E. 494); *Harrell* v. *National Bank*, 128 *Ga.* 504 (57 S. E. 869).

2. Assignments of error not referred to in the brief submitted, or in the argument, will be treated as abandoned.

*Judgment affirmed.*

Complaint; from city court of Bainbridge—Judge Harrell. September 21, 1909.

Submitted December 21, 1909.—Decided May 12, 1910.

*A. E. Thornton,* for plaintiff in error.

*Donalson & Donalson,* contra.

